IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-24-90-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JESSIE CRAIG IVERSON and PAYTON NICHOLE SALEVA, | |
| Defendants. | |

Upon the Defendants' Second Motion to Extend Pretrial Motion Deadlines (Docs. 48 and 49), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motions (Docs. 48 and 49) are **GRANTED**. The deadline to file pretrial motions is extended up to and including **October 18, 2024**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 15th day of October, 2024.

SUSAN P. WATTERS
United States District Judge